# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| L.C. WALLS, | ) |
| Movant, | ) |
| v. | ) No. 4:24-CV-1517 HEA |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of pro se movant L.C. Wall's pro se "Motion to Vacate, Set Aside or Correct Sentence (Pursuant to 28 U.S.C. § 2255)." [ECF No. 1]. Movant is currently incarcerated in federal custody after being sentenced by this Court on October 1, 2020, to 84 months for one charge of being a felon in possession of a firearm. U.S.C. §§ 922(g)(1); *see United States v. Walls,* No. 4:19-CR-726 HEA (E.D. Mo.).

Movant initiated this action by filing his pro se motion to vacate on November 7, 2024. [ECF No. 1]. However, the pro se motion is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send movant the Court form for § 2255 motions, and movant will have thirty (30) days to file an amended motion on the form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 7th day of March, 2025.

                                              HENRY EDWARD AUTREY
                                     UNITED STATES DISTRICT JUDGE